Circuit Court of Appeals for the Third Circuit denied. *Mr. R. Randolph Hicks* for petitioner. *Messrs. Robert H. Richards* and *Thomas J. Crawford* for respondent.

No. 155. GUARANTY TRUST Co., EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Davis* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman, Messrs. David E. Hudson* and *James W. Morris,* and *Miss Helen R. Carloss* for respondent.

No. 156. MILWAUKEE *v.* AMERICAN STEAMSHIP Co. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Max Raskin* for petitioner. *Mr. Newton D. Baker* for respondents.

No. 158. BRAME *v.* KEYSTONE CREDIT CORP. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. M. J. Fulton* for petitioner. *Messrs. Hartwell Cabell* and *John S. Eggleston* for respondents.

No. 159. NEVIUS *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ewing Everett* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. Sewall Key* for respondent.